No. 9447. STATE ex rel. SIDNEY SPRAGUE, RELATOR, v. DISTRICT COURT OF THE THIRTEENTH JUDICIAL

DISTRICT of the State of Montana, in and for the County of Carbon et al., RESPONDENTS.

276 Pac. (2d) 980.

Decided November 24, 1954.

*J. H. McAlear,* Red Lodge, for relator.

Before MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES BOTTOMLY, ANGSTMAN and ANDERSON.

On motion of J. H. McAlear, Esq., the petition herein and these proceedings are dismissed.